UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARONDA MYERS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>LACHONA LAW, et al.,<br><br>　　　　　Defendants. | Case No. 2:25-cv-01926-TLN-CSK<br><br>ORDER ON PLAINTIFF'S<br>MISCELLANEOUS MOTIONS<br><br>(ECF Nos. 7, 8, 10) |

　　　　Pending before the Court are the following miscellaneous motions filed by Plaintiff LaRonda Myers, who is proceeding without counsel in this action:[1] (1) motion for leave to file an amended complaint (ECF No. 7); (2) motion for extension of time to serve the amended complaint (ECF No. 8); and (3) renewed request for extension of time to serve the amended complaint (ECF No. 10). No defendant has responded or appeared in this action. *See* Docket.

　　　　Plaintiff amended her complaint on September 23, 2025 by filing her First Amended Complaint ("FAC"), which is permitted once as a matter of course pursuant to Federal Rule of Civil Procedure 15(a)(1)(B). *See* FAC (ECF No. 5).

　　　　On October 3, 2025, Plaintiff filed a motion for leave to file a second amended

---

[1] This matter proceeds before the undersigned pursuant to 28 U.S.C. § 636, Fed. R. Civ. P. 72, and Local Rule 302(c).

1

complaint. (ECF No. 7.) Plaintiff seeks to dismiss judicial defendants from this action and make necessary corrections related to these defendants in the amended complaint. *Id*. at 1. Under Federal Rule of Civil Procedure 15(a)(2), leave to amend shall be freely given when justice so requires. In the absence of [...] undue delay, bad faith or dilatory motive on the part of the movant, repeated failure to cure deficiencies by amendments previously allowed, undue prejudice to the opposing party by virtue of allowance of the amendment, futility of amendment, etc.- the leave sought should, as the rules require, be 'freely given.'" *Foman v. Davis*, 371 U.S. 178, 182 (1962) (quoting Fed. R. Civ. P. 15(a)). "Absent prejudice, or a strong showing of any of the remaining *Foman* factors, there exists a presumption under Rule 15(a) in favor of granting leave to amend." *Eminence Capital, LLC v. Aspeon, Inc.*, 316 F.3d 1048, 1052 (9th Cir. 2003).

Here, the Court finds that granting leave to amend does not implicate any of the *Foman* factors. Accordingly, Plaintiff's motion for leave to file a second amended complaint will be granted, and the Second Amended Complaint shall be filed within thirty (30) days from the date of this order. In addition, because Plaintiff will be amending her amended complaint, Plaintiff's motions for extension of time to serve the amended complaint are denied as moot.

Plaintiff is further informed that the court cannot refer to a prior complaint or other filing in order to make the amended complaint complete. Local Rule 220 requires that an amended complaint be complete in itself without reference to any prior pleading. As a general rule, an amended complaint supersedes prior complaint(s), and once the amended complaint is filed and served, any previous complaint no longer serves any function in the case. *Lacey v. Maricopa Cnty.*, 693 F.3d 896, 927 (9th Cir. 2012). The amended complaint should be titled "Second Amended Complaint."

Finally, Plaintiff is further cautioned to carefully review the Federal Rules of Civil Procedure, the Local Rules for the Eastern District of California,[2] and Judge Kim's Civil

---

[2] The Local Rules of the United States District Court for the Eastern District of California are available on the district court's website:

Standing Orders.[3] Pro se litigants are expected to know and comply with the rules of civil procedure. *See American Ass'n of Naturopathic Physicians v. Hayhurst*, 227 F.3d 1104, 1108 (9th Cir. 2000); *see also McNeil v. United States*, 508 U.S. 106, 113 (1993) ("[W]e have never suggested that procedural rules in ordinary civil litigation should be interpreted so as to excuse mistakes by those who proceed without counsel.").

**ORDER**

In conclusion, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for leave to file an amended complaint (ECF No. 7) is GRANTED;
2. Plaintiff shall have thirty (30) days from the date of this order to file a Second Amended Complaint that complies with the instructions provided above. If Plaintiff fails to timely comply with this order, the undersigned may recommend that this action be dismissed;
3. Plaintiff's motion for extension of time to serve the amended complaint (ECF No. 8) is DENIED as moot; and
4. Plaintiff's renewed request for extension of time to serve the amended complaint (ECF No. 10) is DENIED as moot.

Dated:  October 27, 2025

*/s/ Chi Soo Kim*
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

4, myer1926.25

---

[3] Judge Kim's Civil Standing Orders are available on Judge Kim's webpage on the district court's website: https://www.caed.uscourts.gov/caednew/index.cfm/judges/all-judges/united-states-magistrate-judge-chi-soo-kim-csk/.