UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARONDA MYERS,<br>Plaintiff,<br>v.<br>KEVIN J. LACHONA, ESQ., et al.,<br>Defendants. | No. 2:25-cv-01926-TLN-CSK<br><br>**ORDER** |

Plaintiff LaRonda Myers ("Plaintiff"), an individual proceeding pro se, filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On June 4, 2026, the magistrate judge filed findings and recommendations, which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen (14) days. (ECF No. 60.) On June 9, 2026, Plaintiff filed objections to the findings and recommendations.[1] (ECF No. 61.) Defendants filed

[1] Plaintiff also filed a request for leave to file a sur-reply to Defendants' responses. (ECF No. 66.) Defendants Belinda Connor, Julie Hatridge, and Carole Campbell filed an opposition. (ECF No. 67.) Plaintiff filed a reply. (ECF No. 68.) The Court has reviewed the briefing and finds no new issues raised in Defendants' replies that require further argument. Accordingly, the Court DENIES Plaintiff's request for leave to file a sur-reply. *See Finley v. Fax*, 683 F. App'x 630 (9th Cir. 2017) (finding "the district court did not abuse its discretion in denying [plaintiff's] request to file a sur-reply because the district court reviewed the briefing and found no new issues

replies to the objections. (ECF Nos. 62, 63, 64, 65.) The Court has considered all the arguments raised.

In accordance with 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review. The Court has carefully reviewed the file, including Plaintiff's objections and the reply to the objections, and finds the findings and recommendations are supported by the record and by proper analysis. The Court therefore concludes that it is appropriate to adopt the findings and recommendations in full.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (ECF No. 60) are ADOPTED IN FULL;

2. Defendants Campbell, Connor, Hatridge, Lachona Law, Lachona, Drobny, Jones, Johnson, Murphy, Law Office of Johnson, Murphy & Jones, and Harris & Plottel, LLP's motions to dismiss based on lack of subject matter jurisdiction (ECF Nos. 18, 20, 22, 31, 54) are GRANTED;

3. Plaintiff's request for leave to file limited sur-reply (ECF No. 66) is DENIED;

4. This action is DISMISSED without leave to amend; and

5. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

DATE: September 21, 2026

TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE

raise in defendants' reply that necessitated further argument").